IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CLIFFORD RAY HACKETT, ) | CV 18-00474-LEK-RT |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ADOPTING |
| vs. ) | MAGISTRATE JUDGE'S |
| ) | FINDINGS AND |
| CNMI ELECTION COMMISSION, ) | RECOMMENDATION |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 14, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To (1) Dismiss The Complaint With Leave To Amend and (2) Deny Application To Proceed In Forma Pauperis, Request To File By Fax and Request To File Electronically", ECF NO. [5] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, January 7, 2019.



   /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**CLIFFORD RAY HACKETT VS. CNMI ELECTION COMMISSION; CIVIL 18-00474 LEK-RT; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**